ACCEPTED
03-12-00186-CR
4600811
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 1:11:02 PM
JEFFREY D. KYLE
CLERK



# FORREST L SANDERSON, III
*Attorney at Law*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 1:11:02 PM
JEFFREY D. KYLE
Clerk

WEBSITE: forrestsandersonatty.com
DIRECT PHONE LINE (512) 581-8296
FAX: (512) 303-6766
EMAIL: fls-atty@hotmail.com

807 PECAN ST.
BASTROP, TEXAS 78602

March 23, 2015

Mr. Jeffrey D. Kyle, Clerk
THIRD COURT OF APPEALS                    BY ELECTRONIC TRANSMISSION
P.O. Box 12547
Austin, TX 78711-2547

**03-13-00186-CR**

Re:   Cause No. 03-12-00186-CR
      Styled:   *Ernesto Alexander Hernandez v. The State of Texas*

Dear Mr. Kyle:

Please accept this correspondence as advising that by letter dated March 15, 2015, the undersigned attorney for **Ernesto Alexander Hernandez** notified said Appellant regarding the opinion rendered by the Third Court of Appeals in the above numbered and captioned cause.

Along with said notification, the undersigned included a copy of the opinion rendered, along with a notification of the of the defendant's right to file a pro se petition for discretionary review under Rule 68. Also included was a copy of Rule 66.3, and a three page instruction letter related to the preparation of this document.

Please also note that this opinion was rendered on December 30, 2014. Due to a number of factors, this office did not become factually aware of this decision being rendered until receiving the email notification of the mandate on March 13, 2015. Since 30 days have already elapsed since the date of the original opinion, Appellant was further notified that this office will assist him in preparing and filing an out-of-time petition for discretionary review in the event he wishes to do so. See *Ex parte Crow*, 180 S.W.3d 135, 138 (Tex. Crim. App. 2005); *Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997); *Ex parte Owens*, 206 S.W.3d 670, 674 (Tex. Crim. App. 2006).

This information was mailed, certified mail, return receipt requested, to his last known address, pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure:

> Mr. Ernesto Alexander Hernandez
> TDCJ No. 01866617
> c/o Mark W. Michael Unit
> 2664 FM 2054
> Tennessee Colony, TX 75886

1

See attached copy of return receipt, No. 7012 0470 0000 1568 5758.

Yours very truly,

Forrest L. Sanderson, III
Attorney for Appellant:
Ernesto Alexander Hernandez

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C.  Tate | ☐ Agent<br>☐ Addressee | |
| | B. Received by *(Printed Name)*<br>C. Tate | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>Ernesto A. Hernandez<br>TJCJ No. 01866617<br>Michael Unit<br>2664 FM 2054<br>Tennessee Colony, TX 25886 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | | |
| | 3. Service Type<br>☑ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery | | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 2. Article Number<br>*(Transfer from service label)* | 7012 0470 0000 1568 5758 | | |
| PS Form 3811, July 2013 | Domestic Return Receipt | | |

2